**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANCISCO TAVERAS,

                          Plaintiff,

     -against-

H & W DELI GROCERY, INC.; PEDRO SANTANA,

                        Defendants.
------------------------------------------------------------x

19-CV-5750 (GHW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The in-person Settlement Conference scheduled for Wednesday, March 18, 2020 is hereby converted to a Settlement Call. At 2:30 p.m., Plaintiff's counsel and his client shall *ex parte* call Chambers at 212-805-0260. At 3:00 p.m., Defendants' counsel, in addition to his client and/or client representative, shall *ex parte* call Chambers. At 3:30 p.m., the Court will hold a joint call, with the parties calling Chambers when both parties are on the line.

**SO ORDERED.**

Dated: March 12, 2020
       New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                            United States Magistrate Judge