```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   FRANCISCO TAVERAS,                         :

                                           Plaintiff,   :
                -against-                     :          1:19-cv-05750-GHW
                                                           :
   H & W DELI GROCERY, INC and PEDRO   :          <u>ORDER</u>
   SANTANA,
                                                            :
                                   Defendants.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a conference regarding Offit Kurman's November 24, 2020 motion to withdraw as counsel of record for Defendants, Dkt. No. 37, on December 1, 2020 at 11:00 a.m. Mr. Santana is directed to participate in that teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      Counsel for Defendants is directed to serve this order on Mr. Santana and retain proof of service.

      SO ORDERED.

Dated: November 24, 2020

                                                                 GREGORY H. WOODS
                                                              United States District Judge