```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  FRANCISCO TAVERAS,                               :

                                    Plaintiff,     :
                 -against-                       :            1:19-cv-05750-GHW

  H & W DELI GROCERY, INC and PEDRO  :           <u>ORDER</u>
  SANTANA,
                              Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On November 24, 2020, the Court scheduled a teleconference for December 1, 2020 to discuss Offit Kurman's motion to withdraw as counsel of record for Defendants. *See* Dkt. Nos. 37-38. As stated on the record during the December 1, 2020 teleconference, the Court will instead discuss Offit Kurman's motion on December 4, 2020 at 9:30 a.m. so that Defendant Pedro Santana may retain an interpreter to assist in his participation at the conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      Counsel for Defendants is directed to coordinate with Mr. Santana and the Southern District of New York's Interpreters Office regarding the logistics for the teleconference. Counsel for Defendants is further directed to serve this order on Mr. Santana and retain proof of service.

      SO ORDERED.

Dated: December 2, 2020                                     _____
                                                                     GREGORY H. WOODS
                                                             United States District Judge