```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANCISCO TAVERAS,                                :
                                                  :
                              Plaintiff,          :
         -against-                                :        1:19-cv-05750-GHW
                                                  :
H & W DELI GROCERY, INC and PEDRO                 :        ORDER
SANTANA,                                          :
                              Defendants.         :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 4, 2020, the Court entered an order granting Rodney C. Biermann's motion to withdraw as counsel for Defendants. Dkt. No. 41. That order directed replacement counsel for H&W Deli Grocery, Inc. to enter a notice of appearance by no later than January 3, 2021, and noted that if no attorney entered an appearance on behalf of H&W Deli Grocery, Inc. by that date, the Court would enter a default against that defendant. *Id.*

As of the date of this order, new counsel has not entered an appearance on behalf of H&W Deli Grocery, Inc. The Court therefore finds that defendant in default. Mr. Santana is reminded that he will need to retain an interpreter for the teleconference scheduled for January 12, 2021 at 3:00 p.m. *See id.* The parties should be prepared to discuss how they should proceed with discovery, Plaintiff's pending discovery motion, Dkt. No. 35, and a proposed schedule for litigating the case. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The Clerk of Court is directed to lift the stay in this matter and enter a certificate of default against H&W Deli Grocery, Inc. The Clerk of Court is further directed to mail a copy of this order to Defendants.

SO ORDERED.

Dated: January 4, 2021

_____
GREGORY H. WOODS
United States District Judge