```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCISCO TAVERAS,

                  Plaintiff,

      -against-                        1:19-cv-05750-GHW

H & W DELI GROCERY, INC and PEDRO      ORDER
SANTANA,

                  Defendants.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     During the December 4, 2020 conference in this matter, the Court scheduled a conference for January 12, 2021 at 3:00 p.m. to discuss next steps in the discovery process, Plaintiff's anticipated discovery motion, *see* Dkt. No. 35, and the parties' anticipated proposal for litigating the case. After the December 4, 2020 conference, the Court issued an order on the docket directing the parties to appear at the January 12, 2021 conference. Dkt. No. 41. The parties were again reminded about the January 12, 2021 conference in the Court's January 4, 2021 order. Dkt. No. 42.

     During the January 12, 2021 conference, the Court, the court reporter, and counsel for Plaintiff appeared on the conference line, but Mr. Santana did not.[1] After it became apparent that Mr. Santana would not be joining the call, the Court adjourned the conference.

     The Court will hold a teleconference on January 25, 2021 at 1:00 p.m. The parties should be prepared to discuss how they should proceed with discovery, Plaintiff's anticipated discovery motion, *see* Dkt. No. 35, and a proposed schedule for litigating the case. If Mr. Santana intends to proceed pro se, he is reminded that he will need to retain an interpreter for the conference if he needs one. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

---

[1] Because counsel for defendant H&W Deli Grocery, Inc. did not file a notice of appearance by January 3, 2021 as ordered, the Clerk of Court issued a certificate of default for that defendant on January 5, 2021. Dkt. No. 43.

Mr. Santana is ordered to comply with the Court's orders. Failure to comply with the Court's orders or to participate in this case may result in the imposition of sanctions, including the entry of default against Mr. Santana, and, ultimately, the entry of judgment in favor of Plaintiff.

The Clerk of Court is directed to serve this order on Defendants.

SO ORDERED.

Dated: January 12, 2021

_____
GREGORY H. WOODS
United States District Judge