```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   FRANCISCO TAVERAS,                          :
                                                          :
                                   Plaintiff,     :
                     -against-                          :       1:19-cv-05750-GHW
                                                            :
   H & W DELI GROCERY, INC and PEDRO     :       <u>ORDER</u>
   SANTANA,                                              :
                                   Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       During the January 25, 2021 conference, Defendant Mr. Santana informed the Court that the zip code for Defendants' address is incorrect as currently listed on the docket.

       The Clerk of Court is directed to update Defendants' address to the following:

**5 Seaman Avenue, Apt. 2E**

**New York, NY 10034**

       The Clerk of Court is further directed to serve this order on Defendants.

       SO ORDERED.

Dated: January 25, 2021
                                                                        _____
                                                                              GREGORY H. WOODS
                                                                         United States District Judge