USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO TAVERAS,

Case No.: 19-cv-05750 (GHW)

                Plaintiff,

    -against-                                       **JUDGMENT**

H & W DELI GROCERY, INC., and PEDRO SANTANA,
individually,

                Defendants.
------------------------------------------------------------------X

**WHEREAS**, on April 28, 2021, Defendants H & W Deli Grocery, Inc., and Pedro Santana, individually, offered that Plaintiff Francisco Taveras take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS,** on April 29, 2021, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants H & W Deli Grocery, Inc., and Pedro Santana, individually, jointly and severally, in the sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

SO ORDERED, this 1st day of May, 2021, New York, New York

_____
The Honorable Gregory H. Woods, U.S.D.J.